1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5                 FOR THE DISTRICT OF ARIZONA

6

7   RHONDA   ROWLETTE,   a   married)
    woman,                                    )
8                                             )      No. CV- 06-168-TUC-FRZ (BPV)
                Plaintiff,                    )
9                                             )
    vs.                                       )              **AMENDED**
10                                            )
    LISA   FRANK,   INC.,   an   Arizona)      **REPORT AND**
11  corporation,                             )      **RECOMMENDATION**
                                              )
12              Defendant.                    )
    _____ )
13                                            )
    LISA   FRANK,   INC.,   an   Arizona)
14  corporation,                             )
                                              )
15          Third-Party Plaintiff,           )
                                              )
16  vs.                                       )
                                              )
17  JAMES A GREEN, a married man,             )
                                              )
18          Third-Party Defendant.           )
    _____ )
19
        The Report and Recommendation signed by the Magistrate Judge on September
20
    20, 2006 (Document #30) is HEREBY AMENDED as follows:
21
    Page 10, line 2, which reads:
22
        This Court recommends that Defendants' Motion for Remand (Document # 9)
23
        be GRANTED.
24
    shall be amended to read as follows:
25
        This Court recommends that Plaintiff's Motion for Remand (Document # 9) be
26
        GRANTED.
27
    [*Replacing the word* _Defendants'_ *with* _Plaintiff's._]
28

1    The report and recommendation, including the Court's analysis, is otherwise

2 unchanged.  Due to the Court's error in this regard, the Petitioner shall have an

3 additional ten days from the filing date of this amendment to file objections, if the filing

4 date of the amended report and recommendation differs from the original.

5    Pursuant to 28 U.S.C. § 636, any party may serve and file written objections

6 within 10 days of being served with a copy of this Amended Report and

7 Recommendation.  If objections are not timely filed, they may be deemed waived.  If

8 objections are filed the parties should use the following case number: **CIV 06-0168-**

9 **TUC-FRZ**.

10    DATED this 20th day of September, 2006.

11

12

13    _____

14    Bernardo P. Velasco
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28